IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AUGUSTUS HEBREW EVANS, | § | |
| | § | No. 223, 2016 |
| Plaintiff Below-Appellant, | § | |
| | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| TOMMY LEE, | § | C.A. Nos. SS07C-03-009 |
| | § | |
| Defendant Below-Appellee. | § | |
| | § | |

Submitted: July 5, 2016
Decided: July 11, 2016

## ORDER

This 11th day of July 2016, it appears that this Court denied the appellant's motion to proceed *in forma pauperis* on May 4, 2016. The appellant was directed to pay the filing fee in two equal installments due June 3, 2016 and July 5, 2016. The appellant was informed that his failure to pay by the due date would result in the dismissal of his appeal without further notice. The appellant failed to pay either installment by the due date. Therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the within appeal is DISMISSED.

BY THE COURT:

Justice